IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DE'ANGELO R. HAMILTON,**

    Petitioner,

    v.

**WARDEN, LEBANON
CORRECTIONAL INSTITUTION,**

    Respondent.

Case No. 2:15-cv-3092
JUDGE JAMES L. GRAHAM
Magistrate Judge King

## ORDER

On April 10, 2017, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. *Report and Recommendation* (Doc. 9). Although the parties were advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (Doc. 9) is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

Date: May 3, 2017

                                                                    s/James L. Graham
                                                                  JAMES L. GRAHAM
                                                                  United States District Judge